```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PATRICK EDWARD DOHERTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 09-506-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND FINDINGS OF EXCLUDABLE TIME** |
| PATRICK EDWARD DOHERTY, | |
| Defendant. | DATE: March 8, 2010<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

PATRICK EDWARD DOHERTY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, hereby agree that the status conference set for January 25, 2010, be continued for a status conference on March 8, 2010 at 8:30 a.m.

This continuance is requested because defense counsel requires additional time to obtain discovery, continue our investigation, and to interview our client and other witnesses

Counsel, along with Mr. Doherty agree that the time from the date of this order through March 8, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act,

§3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: January 20, 2010

                          Respectfully submitted,

                          DANIEL J. BRODERICK
                          Federal Defender

                          /S/ Dennis S. Waks
                          _____
                          DENNIS S. WAKS
                          Supervising Assistant Federal Defender
                          Attorney for Defendant
                          PATRICK EDWARD DOHERTY

                          BENJAMIN B. WAGNER
                          United States Attorney

DATE: January 20, 2010
                          /S/ Dennis S. Waks for
                          _____
                          MICHELLE RODRIGUEZ
                          Assistant United States Attorney

```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PATRICK EDWARD DOHERTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-00506-WBS |
| Plaintiff, ) | |
| ) | **ORDER RE: CONTINUANCE OF STATUS** |
| v. ) | **CONFERENCE AND FINDINGS OF** |
| ) | **EXCLUDABLE TIME** |
| PATRICK EDWARD DOHERTY, ) | |
| ) | DATE: March 8, 2010 |
| Defendant. ) | TIME: 8:30 a.m. |
| ) | JUDGE: Hon. William B. Shubb |
| _____ ) | |

**ORDER AND FINDINGS**

The new status conference is set for March 8, 2010 at 8:30 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from the date of this order through March 8, 2010, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED: January 22, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3