```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PATRICK EDWARD DOHERTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICK EDWARD DOHERTY,<br><br>  Defendant. | NO. CR.S. 09-506-WBS<br><br>**STIPULATION AND ORDER RE:**<br>**CONTINUANCE OF STATUS CONFERENCE**<br>**AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:  April 5, 2010<br>TIME:  8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

PATRICK EDWARD DOHERTY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, hereby agree that the status conference set for March 8, 2010, be continued for a status conference on April 5, 2010 at 8:30 a.m.

This continuance is requested because defense counsel requires additional time to obtain discovery, continue our investigation, and to interview our client and other witnesses

Counsel, along with Mr. Doherty agree that the time from the date of this order through April 5, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act,

1  §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

2  DATED: March 4, 2010

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　/S/ Dennis S. Waks
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENNIS S. WAKS
　　　　　　　　　　　　　　　　Supervising Assistant Federal Defender
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　PATRICK EDWARD DOHERTY


　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　United States Attorney

DATE: March 4, 2010
　　　　　　　　　　　　　　　　/S/ Dennis S. Waks for
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHELLE RODRIGUEZ
　　　　　　　　　　　　　　　　Assistant United States Attorney

```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PATRICK EDWARD DOHERTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK EDWARD DOHERTY,<br><br>　　　　Defendant. | NO. CR.S. 09-00506-WBS<br><br>**ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:　April 5, 2010<br>TIME:　8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for March 8, 2010 at 8:30 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from the date of this order through April 5, 2010, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED:　March 8, 2010

　　　　　　　　　　　　　　　　　　／s／ William B. Shubb
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE